

FILED
CHARLOTTE, NC

MAR 0 6 2025

US DISTRICT COURT
WESTERN DISTRICT OF NC

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA**

**CHARLOTTE DIVISION**

**Case No.: 25CV011200-590**

3:25- CV-159-KDB

**Plaintiff:**

**Todd E. Harris**

**v.**

**Defendants:**

**Medicaid & Medicare**

---

**PETITION FOR EXPEDITED REVIEW AND APPROVAL OF MEDICALLY NECESSARY SERVICES, MEDICAL TECHNOLOGIES AND ACCOMMODATIONS**

**COMES NOW, the Plaintiff, Todd E. Harris, and petitions this Honorable Court for an expedited ruling requiring Medicaid and Medicare to approve and fund necessary medical services, advanced medical devices, transportation, and accommodations— all of which are essential for his health and well-being.**

The Plaintiff, a legally disabled individual, is experiencing ongoing medical distress, severe discomfort, and systemic organ and internal systems dysfunction due to inadequate access to appropriate healthcare services. The requested accommodations will provide a comprehensive, patient-centered approach that improves both quality of life and the long-term cost efficiency of taxpayer-funded healthcare programs.

While some of the requests submitted herein fall outside the standard scope of Medicaid and Medicare coverage, they represent a progressive, targeted, and holistic healthcare model that:

1. **Delivers more effective and personalized medical care.**

2. **Generates long-term cost savings by preventing frequent ER visits and hospitalization.**

The Plaintiff respectfully requests that the Court:

1. Expedite this case due to urgent medical necessity and ongoing suffering.

2. Mandate full approval and coverage by both Medicaid and Medicare for all requested treatments, services, and accommodations.

3. Recognize this petition as a nationally significant case study demonstrating an improved model for systemic and chronic care management within government healthcare programs.

## I. JURISDICTION & LEGAL BASIS

This Court has jurisdiction under:

- The Americans with Disabilities Act (ADA), which mandates reasonable accommodations for individuals with disabilities.

- The Social Security Act, which governs Medicare and Medicaid benefits.

- 42 U.S. Code § 1983, which provides a remedy for violations of federally protected rights, including the improper denial of medically necessary services.

- The Due Process and Equal Protection Clauses of the Fourteenth Amendment, which prohibit arbitrary denial of essential healthcare.

## II. BACKGROUND & MEDICAL NEEDS

The Plaintiff suffers from multiple chronic and life-threatening conditions, including:

- End-stage renal disease (ESRD) requiring hemodialysis.

- Severe hypertension (blood pressure exceeding 200/120), increasing stroke and heart failure risk.

- Chronic neuropathy and circulatory dysfunction, causing mobility impairment and severe pain.

- Respiratory distress and excessive mucus production, leading to repeated emergency room visits due to breathing difficulties.

- Digestive system failure, causing malabsorption of nutrients and chron**ic vomiting.**

- Vision impairment, rendering the Plaintiff **legally blind and unable to** drive.

- Chronic skin itching and rashes, making daily activities uncomfortable.

- Neurological dysfunction and impairment, affecting sleep, cognition, and daily functioning.

- Chronic Anemia, making it difficult to stay warm , and be energized throughout the day.
- Chronic Edema and excess fluid buildup in the body such as the lungs and feet.

These conditions necessitate immediate intervention beyond the limited standard Medicaid-Medicare coverage currently provided. A more aggressive, coordinated and targeted approach is required that both focuses on individual body functions, while simultaneously considering the body holistically toward a state of homeostasis.

---

## III. REQUEST FOR IN-HOME SPECIALIZED CARE & IMMEDIATE PRIORITY HOME DIALYSIS TRANSITION

### A. Urgent Need for In-Home Hemodialysis

The Plaintiff requests an immediate transition to in-home hemodialysis, with priority status ordered by the Court to prevent further medical deterioration.

1. Fresenius Charlotte (or an alternative provider) must expedite home dialysis transition within 30 days of this order.
2. In-home training must be provided at the Plaintiff's residence, rather than requiring daily travel to a training facility.
3. Medicaid-Medicare must cover the cost of a trained professional to administer treatments at home until training is complete.

### B. In-Home Medical Support

The Plaintiff requests a licensed in-home nurse to:

1. Administer and monitor in-home hemodialysis treatments, 4 to 5 times per week.
2. Provide respiratory therapy, including airway clearance and mucus removal via a professional-grade mucus suction device. This periodic clearing may require a trained respiratory therapist.
3. Administer prescribed hemoglobin injections to manage ESRD-related anemia.
4. Monitor blood pressure, oxygen levels, and circulatory health.
5. Provide advanced hydrogen-oxygen device care to ensure the body is fully hydrogenated and oxygenated.
6. Coordinate with specialists for real-time medical adjustments.

## IV. COST ALLOCATION BETWEEN MEDICARE & MEDICAID

The Plaintiff acknowledges that Medicare typically covers 80% of approved medical expenses, while Medicaid provides secondary coverage for the remaining 20%. However, certain exceptional accommodations, such as in-home nurse-administered dialysis, a mobile dialysis unit, and on-demand transportation, require Medicaid to assume full responsibility to ensure adequate patient care.

**Proposed Cost Allocation Table**

| Requested Service | Medicare Coverage (%) | Medicaid Coverage (%) | Notes |
|---|---|---|---|
| In-Home Dialysis (Equipment, Supplies, Standard Training) | 80% | 20% | Existing Medicare/Medicaid model |
| Home Nurse for Dialysis Administration & Specialized Training | 0% | 100% | Expansion request to Medicaid |
| Standard Specialist Care (Cardiology, Pulmonology, Neurology, etc.) | 80% | 20% | Existing Medicare/Medicaid model |
| Mobile Dialysis Unit (Sprinter Van & Customization) | 0% | 100% | Medicaid expansion request; estimated cost $85k - $100k |
| Uber/Lyft Medical Transport | 0% | 100% | Medicaid-funded NEMT in other states |
| Advanced Medical Technology (PEMF Therapy, Molecular Hydrogen-Oxygen Machine, etc.) | 80% | 20% | Medicare DME coverage, estimated cost of $4k - $8k |
| Professional-grade Mucus Suction Device | 80% | 20% | Estimated cost of $500 - $1500 |

## V. SUPPORTING EXHIBITS

### Exhibit A: Plaintiff's Personal Statement & Affidavit

I am deeply grateful to be alive. I appreciate every waking moment and take nothing for granted. Whatever life hands me, I accept it—even when it challenges my very existence. I maintain a level of toughness, fortitude, and resolve that surpasses what most can tolerate.

As someone who previously envisioned living healthily well past 100 years, I was profoundly shaken in the summer of 2016 when my body began failing me in ways that doctors could not explain. My body systems became compromised, yet medical professionals could only describe symptoms without providing definitive answers to the underlying cause.

This journey has not only been extremely difficult but also deeply humbling. I was once fiercely independent from the age of 20, yet I have now become partially dependent on my son and daughter.

Now, in the year 2025—nine years later—I have been hospitalized approximately 30 times since 2016, across four U.S. states and one foreign country. Ironically, I found the foreign healthcare system to be more patient-aligned, affordable, and effective than what I have experienced in the United States. This contrast underscores the glaring deficiencies in the American healthcare system, particularly when it comes to complex, chronic, and systemic conditions.

While U.S. hospital systems are adequate for treating acute conditions, they often fall short when dealing with systemic, chronic, and complex health challenges. Hospital doctors frequently misdiagnose patients and often fail to listen carefully when symptoms, conditions, and concerns are described.

For example, as a patient with end-stage renal disease (ESRD) who undergoes dialysis only twice per week due to how physically taxing and compromising it is for my body, nearly every medical issue I present is reflexively attributed to kidney disease and "not doing enough dialysis."

### The Overlooked Issue: Mucus Overload and Systemic Health Decline

One of my most severe and life-threatening symptoms is difficulty breathing, which has led me to multiple emergency room visits recently and an overnight hospital stay. Yet, despite my repeated insistence that my breathing struggles stem mainly from excessive mucus

buildup in my body, the hospital and ER medical staff continually override my assertion, instead focusing on fluid buildup in my lungs—prescribing more dialysis as the solution.

However, this approach is inadequate because I often experience extreme breathing difficulties again within hours after a dialysis treatment. The main culprit is excessive mucus production, which remains unaddressed and undiagnosed, causing me breathing struggles until properly addressed. I wait impatiently while my primary care physician prepares an order for me to see a pulmonary specialist.

Through extensive research and personal observation, I now understand that excessive mucus can disrupt nearly every critical function of the body, including:

- Neurological pathways and normal brain functioning

- Vision impairment

- Digestive issues and malabsorption

- Irregular bowel movements and vomiting

- Chronic neuropathy and nerve dysfunction

- Edema and excess fluid buildup

- Circulatory problems and autonomic nervous system impairment

When excess mucus accumulates, it clogs, strains, and blocks blood flow, starving cellular function and depriving the body's cells and tissues of oxygen. This has caused me to suffer from dangerously high blood pressure levels—well over 200/120 daily, even with increased medication doses—leading to debilitating fatigue, headaches, sleep deprivation, and an overall decline in my quality of life.

Yet, despite clearly explaining my symptoms to doctors, I am continually ignored. They refuse to deviate from their rigid, one-size-fits-all approach, leaving me to suffer through repeated "Groundhog Day" ER hospital visits—where the same ineffective treatments are rendered, and my concerns remain unaddressed.


**A New Approach: The Path to Recovery and Restoration**

Despite these hardships, I believe in the body's ability to self-heal, given the right stimulus. I reject the notion that my health is beyond repair and instead remain focused on implementing a holistic protocol—one that emphasizes cellular regeneration, proper

oxygenation and hydration, effective supplementation, and a targeted, individualized holistic treatment plan.

While Medicaid and Medicare have supported me throughout my health battle, the current standard model of care is inadequate for my personal needs. For me to improve, there must be a shift beyond conventional approaches—one that prioritizes real healing rather than symptom management.

## The Urgent Need for Home Dialysis

The current in-center dialysis model is insufficient and intolerable for my body. Due to my unique biochemical and medical profile, it can take me up to 18 hours to recover from a single 3-hour dialysis session—a debilitating cycle that leaves me exhausted and unable to function productively.

There are two critical factors that may explain why in-center hemodialysis affects me more severely than the typical patient:

1. I have a B-negative blood type—so rare that only 1% of African Americans and 2% of Caucasians in the U.S. share it. This means that there is little to no clinical research available on how patients with my blood type respond to common treatments like hemodialysis, synthetic medications, or other standard medical interventions. My body's response to these treatments differs significantly from most patients, leading to treatment failures and excessive recovery times.

2. I suffered a massive hemorrhagic brain bleed—a severe stroke that typically results in permanent functional disability, and more often, death. The fact that I not only survived but regained my ability to function is considered a medical anomaly. How many patients exist in the Medicaid-Medicare system who have both a B-negative blood type and a history of severe hemorrhagic brain trauma? The answer is likely, exceedingly few. This further supports my assertion that I must no longer be forced into a standard medical framework that has proven harmful and ineffective—it is a form of torture.

## My Cry for Help

I am crying out for help—wherever I can find it. I have suffered enough. I have endured the unrelenting cycles of pain, exhaustion, dysfunction, and frustration caused by a rigid healthcare system that refuses to see me for who I truly am: an individual with unique needs

that requires a personalized response. I am not asking for handouts. I am asking for the right to receive care that actually works for me, so I can reclaim my life, elevate my ability to be productive, and contribute to society in measurable ways once again.

**Status as an Outlier**

Typically, in-center dialysis sessions result in a decrease in blood pressure over the course of treatment. However, my case is an extreme outlier—my blood pressure consistently increases during dialysis, often reaching dangerously high levels, defying standard expectations.

During dialysis, my systolic blood pressure frequently surges beyond 200 mmHg, often exceeding 210 or even 220 mmHg, while my diastolic pressure climbs into the 130s or higher. These numbers indicate an extreme hypertensive crisis, posing an imminent risk of stroke or cardiac failure.

This phenomenon is medically unusual and concerning. Despite continuous monitoring by my nephrologist, dialysis nurses, and other physicians, there remains no clear explanation for why my body reacts this way. My case does not conform to standard treatment models, leaving my providers puzzled and unable to offer effective solutions.

This is **why my case is an outlier** and why **the standard treatment protocol will not work for me**. Despite my "dry weight" being under control, my blood pressure remains dangerously elevated. Increasing the frequency of hemodialysis sessions will not resolve this crisis. In fact, my body's extreme physiological response to in-center dialysis only exacerbates my suffering, leaving me in an extended recovery state rather than improving my overall condition.

My medical journey has become one of **torture**, enduring **post-treatment crashes that leave me debilitated for hours or even days**. Words cannot capture the suffering I endure after some sessions. As I write this, I am still recovering from yesterday's three-hour treatment—**my body remains fatigued, weak, and dysfunctional, despite dialysis supposedly making me "better."**

This cannot continue. I am **desperate for the Court to recognize the gravity of my condition and act decisively**. I need approval for the proposed **holistic and individualized treatment plan** that aligns with my body's unique needs. This includes:

- **A fully integrated approach** led by functional medicine and naturopathic practitioners.

- **A transition to home dialysis** that spares my body from the immense toll of in-center treatments.

- **Medicaid and Medicare support** for necessary medical interventions, technology, and care without bureaucratic delays.

If I am to **live**, the Court must act aggressively—ordering Medicaid, Medicare, Fresenius, and all other necessary entities to comply immediately. This is not a matter of comfort; it is a matter of **survival**. I must be granted access to the tools, equipment, and services necessary to reclaim my health.

I **refuse to be dismissed**. I **refuse to allow bureaucracy or indecision to dictate my future**. The **only way forward** is through a medical strategy that truly reflects my status as an outlier—one that recognizes my body's unique needs and treats me as an **individual, not a statistic**.

---

## My Uniqueness

All humans are unique. Each of us possesses our own individual gifts and purpose. The greatest gift one can receive is knowing their purpose for being here. I have been blessed with this knowledge, and despite all the major health challenges I face—challenges that would render most people unable to continue—knowing my mission compels me to fight with every breath until my last.

For five years after my stroke, I was sidelined, couch-bound, thinking it was over for me. But during that time, it became clear that I was kept alive for a reason. Question my health condition if you must, but understand that despite the severity, I continue to push forward each day. After being kept alive following the type of stroke that takes most people out, then there is a strong possibility that I can recover—regardless of what doctors say, as they do not hold the cards to my fate.

## My M.O.:

"If It Is To Be, It's Up To Me."

## My Ethos (The Space I Live In):

- Start Where You Are

- Use What You Have

- Make Something of It

- Never Be Satisfied

- Never Quit

- Enjoy The Journey

I swear under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Todd E. Harris
Date: 02-17-25

---

**Exhibit B: Specialist Alignment, Execution Strategy, and Case Study Framework**

**Holistic Treatment Strategy and Specialist Oversight Plan**

To achieve a full and meaningful recovery, the Plaintiff requires a coordinated, multi-specialist approach under the direction of a **Functional Medicine Specialist, Naturopathic Doctor (ND), or Integrative Medicine Specialist** who will oversee the holistic, whole-body analysis protocol. This practitioner replaces the traditional **Primary Care Physician** with a more focused and refined **execution-driven protocol** for patient-centered care.

Unlike conventional specialists who focus on individual organs or systems, this lead practitioner will **prioritize services, determine which specialists and practices are engaged, and oversee execution of the treatment plan.** Their expertise in both Western medicine and naturopathic or functional medicine allows them to:

- **Analyze complex interdependencies** between various bodily functions.

- **Implement patient-centered, root-cause-based treatments** rather than relying solely on pharmaceutical or surgical interventions.

- **Coordinate the work of all specialists** to prevent conflicting treatments and ensure a seamless, integrated recovery process.

- **Oversee metabolic, nutritional, and immune system balance**, tailoring interventions to optimize long-term health.

- **Utilize and monitor advanced therapeutic technologies**, including **PEMF therapy, hydrogen-oxygen machines, low-level laser light therapy (LLLT), and PEMF mat technology**, documenting how these modalities impact **oxygenation, neuropathy, brain function, and dialysis-related complications.**

- **Monitor my health score over the 13 month treatment period**

**Step-by-Step Specialist Strategy**

1. **Functional Medicine Specialist / Naturopathic Doctor – Primary Oversight**

   - **Lead and execute the overall treatment plan,** determining the priority of services and coordinating all specialists.

   - **Assess systemic dysfunction, metabolic imbalances, and immune system irregularities.**

   - **Replace the role of a Primary Care Physician,** ensuring that treatments align with an individualized, patient-centered strategy.

   - **Decide which specialists, treatments, and testing protocols are necessary** for the Plaintiff's care.

   - Optimize recovery using **nutritional therapy, herbal medicine, mitochondrial support, and cellular detoxification.**

   - Oversee **PEMF therapy, hydrogen-oxygen machines, LLLT, and PEMF mat technology** to monitor their impact on **oxygenation, neuropathy reduction, and post-stroke neurological function.**

   - Supervise **regenerative and preventative medicine interventions.**

2. **Nephrology – Kidney Function Management**

   - Focus exclusively on **kidney function monitoring and support.**

   - Assist in the **transition to in-home dialysis** under the guidance of the Functional Medicine Specialist.

   - Monitor **electrolyte balance, fluid retention, and kidney-specific parameters.**

   - **Track and evaluate stem cell therapy outcomes** if applied, ensuring **improvements in kidney function are measured and recorded.**

3. **Pulmonology – Respiratory System and Mucus Reduction**

   - Conduct a **comprehensive pulmonary evaluation** to identify and treat excessive mucus accumulation.

   - Approve **Mucomyst or equivalent respiratory therapies** for mucus breakdown.

- o Implement **airway clearance and suctioning treatments** as part of in-home care.
- o Work alongside the Functional Medicine Specialist to integrate **breathing therapies and oxygenation support treatments**.

4. **Cardiology – Blood Pressure and Circulatory System Support**

   - o Assess **severe hypertension (200/120 daily)** and develop a **customized medication and treatment plan**.
   - o Evaluate and if necessary treat conjunctive heart failure.
   - o Coordinate **radiology imaging tests (CT Angiography, Doppler Ultrasound, or Cardiac MRI)** to determine if **arterial blockages** contribute to persistent high blood pressure.
   - o **Evaluate and coordinate stent placement** only if deemed necessary by both the **Cardiologist and Functional Medicine Specialist**.
   - o Work with the **Functional Medicine Specialist** to oversee **blood pressure medication prescriptions** and ensure alignment with a **holistic treatment plan**.

5. **Neurology – Progressive and Aggressive Brain & Neurological Function Restoration**

   - o **Aggressively pursue neurological recovery**, including **experimental and cutting-edge treatments** where appropriate.
   - o **Coordinate advanced stroke rehabilitation therapies**, including **cranial osteopathy, neurocranial restructuring (NCR), and transcranial magnetic stimulation (TMS)** to help clear and rebalance neurological pathways.
   - o Conduct **quantitative EEG (qEEG) testing and functional MRI** to assess **brain activity and identify scar tissue**.
   - o Implement **neurorehabilitation therapies**, including **vagus nerve stimulation (VNS), neurofeedback therapy, and functional electrical stimulation (FES)** to restore **neurological function and cognitive processing**.
   - o Conduct **nerve conduction studies** to monitor neuropathy and autonomic nervous system function.

- Facilitate **hyperbaric oxygen therapy (HBOT)** in an **open hyperbaric oxygen room** rather than a **standard chamber** due to Plaintiff's claustrophobia. Work with **university-hospitals and research institutes** to ensure access to such facilities.

6. **Endocrinology – Hormonal Balance and Metabolism**

   - Assess **systemic hormonal imbalances** contributing to **chronic inflammation and metabolic dysfunction**.

   - Implement **bioidentical hormone therapy or metabolic regulation protocols** as needed.

   - Coordinate with the **Functional Medicine Specialist** to ensure **hormonal interventions align with the overall recovery strategy**.

7. **Gastroenterology – Digestive System and Nutrient Absorption**

   - **Identify and address the root cause of improper digestion and nutrient absorption.**

   - Evaluate **digestive enzyme production, gut microbiome health, and overall gastrointestinal function**.

   - Implement **digestive enzyme and probiotic therapies** to enhance nutrient uptake.

   - Conduct **comprehensive assessments and testing** to determine the cause of chronic vomiting and develop targeted treatment solutions.

   - Work with the **Functional Medicine Specialist** to **develop an anti-inflammatory, nutrient-dense dietary plan** that aligns with whole-body healing strategies.

8. **Retinal/Neuro-Ophthalmology – Vision Restoration and Ocular Health**

   - Conduct **neurological and vascular assessments** related to vision impairment.

   - Recommend **vision therapy, light therapy, and optic nerve regenerative treatments**.

   - Ensure **vision care is aligned with the Functional Medicine Specialist's systemic health strategy**.

9. **Regenerative Medicine – Stem Cell Therapy and Advanced Healing**

- o Initiate **stem cell therapy for kidney, nervous system, and vascular regeneration**.

- o Obtain **Medicaid-Medicare approval** for **out-of-state regenerative treatments** at leading institutions.

- o **Track functional improvements and biological markers of recovery**.

- o Work in **direct coordination with Nephrology** to monitor **kidney-specific improvements**.

**Execution and Case Study Tracking**

- All treatments and therapies requiring travel outside the Plaintiff's area of living will have transportation and accommodations covered or reimbursed under the program.

- The Functional Medicine Specialist or Integrative Doctor leads execution, determining priorities, selecting specialists, and overseeing treatment protocols.

- Submit formal Medicaid-Medicare requests for coverage of holistic, regenerative, and integrative treatments.

- Present findings as a case study for Medicaid-Medicare policy reform.

**Conclusion**

This framework ensures that all specialists align under the **direction of the Functional Medicine Specialist,** who **executes the overall care plan, prioritizes services, and makes treatment determinations**. By adopting this **whole-body approach,** Medicaid and Medicare can significantly **reduce costs while improving patient outcomes**.

---

**Exhibit C: Comparison of Average Annual Dialysis Patient Costs and Recent Healthcare Expenses of Todd E. Harris**

---

**Introduction**

This exhibit compares the average annual healthcare costs for dialysis patients with a snapshot of recent healthcare expenses incurred by Todd E. Harris (January - February 2025).

This analysis highlights the financial burden of current treatment methods and underscores the potential cost savings that could be realized through an alternative, holistic treatment approach—including stem cell therapy for kidney regeneration, home dialysis, and targeted specialist interventions.

**Average Annual Costs for Dialysis Patients in the U.S.**

| Expense Category | Average Dialysis Patient (Annual) |
|---|---|
| Dialysis Treatment | $40,000 - $93,200 |
| Total Healthcare Spending | $88,000 - $93,200 |

**Todd E. Harris's Recent Healthcare Expenses (January - February 2025)**

| Expense Category | Cost Incurred |
|---|---|
| Emergency Room Visits (3 total) | $18,487 (Estimate based on $6,108 per visit) |
| Overnight Hospital Stay (1 night) | $2,682 (Average cost per night in NC) |
| In-Hospital Dialysis | $3,500 (Estimate based on higher hospital treatment cost) |
| Outpatient Dialysis (16 sessions) | $8,000 (Estimated at $500 per session) |
| Total Estimated Expenses (Jan - Feb 2025) Note: the above does not include an additional charge for an urgent appointment to the Primary Care Physicians Office on 2;10k as claim has yet to be submitted by the PCP | $32,669 |

Challenges with Current Dialysis Scheduling & Mobile Unit Justification

One of the significant burdens with dialysis treatment is scheduling transient treatments when traveling. The alternatives to a mobile dialysis unit include:

1.  Scheduling at a Remote Dialysis Clinic:

    o   Requires advanced planning and administrative coordination with home clinic.

    o   No guarantee of chair availability, especially on short notice.

    o   Potential disruptions due to overbooked or limited-capacity clinics.

2.  Emergency Room Treatment for Dialysis:

    o   When transient scheduling is unavailable, the only option is to seek ER-based dialysis in each city.

    o   This leads to higher costs per session due to emergency care fees.

    o   Creates unnecessary strain on hospital resources and further increases Medicaid spending.

3.  Mobile Dialysis Unit as the Cost-Effective Solution:

    o   The home dialysis system doubles as the mobile dialysis unit, with the equipment being transported in a customized Sprinter van, allowing for treatments at home or on the go.

    o   The customized van will be outfitted with a ramp system for easier loading of the dialysis equipment during travel.

    o   Eliminates the need for constant coordination with the home clinic for transient scheduling.

    o   Allows daily treatments at lower doses, reducing the stress on the body.

    o   Prevents frequent ER visits, saving Medicaid significant costs.

    o   Supports Plaintiff's nonprofit work, ensuring consistent care while traveling.

---

**Potential Cost Savings Through Alternative Treatment Plan**

Implementing the proposed holistic treatment plan, including home dialysis, specialized care, and stem cell therapy, could:

1. Reduce ER Visits & Hospitalizations → Lowering emergency intervention costs.

2. Improve Health Outcomes → Reducing dependency on extensive dialysis.

3. Enhance Long-Term Stability → Lowering the burden on Medicaid-Medicare funds.

4. Prevent Transient Scheduling Barriers → Reducing administrative burdens and ER dependencies.

---

## Conclusion

By approving the Plaintiff's request for a comprehensive and specialized healthcare approach, Medicaid and Medicare have an opportunity to significantly improve health outcomes and reduce overall expenditures. While there will be upfront expenses associated with the requirements and the plan of execution, these costs will be recovered within approximately 12 months. Given the Plaintiff's previous medical history, this treatment plan is expected to improve his health substantially, leading to a reduction in emergency room visits, hospitalizations, and overall healthcare expenditures. In the long run, the savings from fewer ER and hospital visits will offset the initial investment, resulting in reduced financial burdens for Medicaid, Medicare, and the healthcare system. This case serves as a critical benchmark for cost-effective, patient-centered treatment innovations that can improve both health outcomes and financial sustainability.

---

## Exhibit D: Reciprocation

### Introduction

The Plaintiff, Todd E. Harris, is deeply committed to uplifting individuals and society as a whole. His dedication is rooted in the following principles:

1. Being a Master Consumer Advocate for We the People

2. Providing tools and innovations that deliver self-empowerment

3. Ushering in good governance, transparency, and accountability at both government and corporate levels

4. Ensuring that the Constitution is protected and adhered to

These are monumental challenges, and the Plaintiff is tackling them by acting as a "FireStarter & Instigator" of change and transformation. He strives to ignite a flame within himself and pass the torch to others, encouraging them to find their own inner spark. In doing so, the goal is to manifest a wildfire of progress—one that continues to grow and sustain itself.

---

**The Role of Prudent Intelligence and Related Projects**

The Plaintiff's emerging nonprofit, **Prudent Intelligence**, serves as the foundation for numerous initiatives and projects that are currently in development. In the coming months and years, these efforts will unfold through the **Prudent Intelligence Triad**, which consists of the following key organizations:

- **Prudent Intelligence:** "Impact Over Profit"
  - o **https://prudentintel**.substack.com
- **The We-Act Movement (W-A-M):** "The People's Movement"
  - o **https://prudenintel.substack.com/s/the-wam-substack**
- **Renaissance Technologies & Innovations**: "Reshaping America Through Innovation"
  - o https://prudenintel.substack.com/s/renaissance-technologies-substack

---

**Commitment to Giving Back**

*If the Court deems it just and appropriate to grant the Plaintiff the relief requested, it will enable him to continue fulfilling his deep-seated commitment to uplifting his community, advocating for systemic improvements, and contributing meaningfully to society as a whole."*

Through this petition, Medicaid and Medicare have an opportunity to directly contribute to a mission that transcends personal benefit—it is a mission of advocacy, systemic reform, and societal betterment. The Plaintiff respectfully requests the Court's prudent and compassionate support, knowing that the relief granted will not only aid his survival but

also empower him to give back in transformative ways—fostering a vision of empowerment, good governance, and meaningful societal progress.

---

**Exhibit E: Supplemental Information and Related Documentation**

The attachments at the end of this petition are part of Exhibit E, and are available to provide additional supporting information and evidence to back up the petition, and its request.

Meanwhile, the plaintiff provides some additional background on PEMF Devices technology, depicting some of the benefits that the molecular hydrogen-oxygen machine is can provide, according to evidence-based research.

1. About PEMF Technology and Devices

Excerpts: Sid from PEMF-devices.com

"PEMF can be used to enhance healing of all the tissues, glands and organs of the body and complement homeopathic treatment. Low-intensity PEMF devices and mats can be a great choice for homeopaths. With gentle fields that support the recovery and improve natural healing processes, homeopathic remedies can act faster or better, although there is isn't much clinical evidence yet, but I'm sure most homeopaths will find it to be true."

"Inhalation of molecular hydrogen (H2) gas was also found to reduce oxidative stress-induced acute injuries in the brain. Consumption of water nearly saturated with H2 also prevents chronic neurodegenerative diseases including Parkinson's disease in animal and clinical studies. H2 increases the mitochondrial membrane potential and the cellular ATP level, which are accompanied increased glutathione and superoxide levels. Hydrogen increases the expression of anti-oxidative enzymes underlying the Nrf2 pathway thereby improving the resistance to exacerbated oxidative stress.

Read our article on benefits of molecular hydrogen and hydrogen-oxygen inhalation to see how beneficial these therapies can be based on clinical research.

As we can see, both Hydrogen and <u>PEMF</u> are regenerative technologies and the clinical research shows that they are increasingly being used to treat chronic pain and inflammation as well as improve the body's natural ability to rejuvenate and recover from a host of aging related disorders. One of the main reasons we chose these technologies is because how easy it is to apply them. Hydrogen has the amazing ability to diffuse through the skin and into the blood stream, so you can inhale it, or even apply externally and the benefits can be experienced easily. Similarly with PEMF, the pulsing magnetic fields penetrate the entire body and start boosting energy and recovery effortlessly."

"Scientists at the leading edge of longevity science have mapped out the changes in our biology associated with aging. It's recommended not to treat symptoms but the entire system. If we can focus on the root causes of disease and aging, we can expect achieve healthful mental and physical state of existence. Activating the body's own healing and repair mechanisms by turning on the right genes and activating the right molecules along with providing the body with correct diet and exercise are the key to rebuild and renew our bodies."

"When inhaled, hydrogen is instantly absorbed by the lungs into the blood and distributed throughout the body. Any excess hydrogen is converted into water, so it is the one of the safest home therapies.

We now understand that this happens because **H2 is key to ATP production within the mitochondria.**



## Relative Sizes of Antioxidants

More ATP means more energy in the cells of the body allowing them to function and repair more effectively. In addition, molecular hydrogen acts as a powerful and the cleanest antioxidant, helping defend cells and genes from the damage caused by harmful free radicals.

The smallest and molecule in the universe that penetrates the blood-brain and blood-ocular barriers and is the best anti-oxidants which one can use safely. Each molecule of H2 will neutralize two hydroxyl radicals (the bad guys) into two molecules of H2O, hydrating your cells in the process.

<u>Hydrogen protects against pre-inflammatory conditions</u> caused by tissue degeneration, oxidative stress, and inflammation due to its supreme anti-inflammatory effects."


PEMF Links:

Brain and Movement

https://digitalwellnessdirectory.substack.com/p/brain-and-movement-protocol-for-high


Integrating Hydrogen and Cell Salts

https://pemf.substack.com/p/integrating-hydrogen-and-cell-salts


Transcranial Laser Therapy

https://digitalwellnessdirectory.substack.com/p/transcranial-laser-therapy-pemf-for


Why Hydrogen is Functional Nutrition

https://digitalwellnessdirectory.substack.com/p/why-hydrogen-is-functional-nutrition


Devices:

**H2 + O2 Ultra 1500**

 

The Hi-Tech Ultra 1500 is a high-dosage molecular hydrogen and oxyhydrogen (H2/O2) inhalation system and also allows you to make hydrogen-rich water.

It provides up to 1000 ml/min of 99.99% pure hydrogen gas and 500 ml/min of oxygen for a combined output of 1500 ml/min (1.5 L/min) of hydrogen and oxygen mixed.

These hydrogen and oxyhydrogen inhalation machines have ISO, water quality and CE certifications. They are the best choice for any home or clinic as they offer clinical-level hydrogen and oxyhydrogen dosages with fine control and advanced technology built to last long and require minimum maintenance.

Delivered worldwide with free shipping!

**Order Now**

## 2. Effective Mucus Removal

The most powerful form of mucus removal is typically referred to as **bronchial hygiene therapy** or **bronchial suctioning**. This includes techniques like bronchoscopy, which is performed by specialists to remove mucus from the airways using advanced equipment. This procedure is usually reserved for severe cases. Your pulmonologist or respiratory therapist would be the best to advise on this.

VI. CONCLUSION AND JUSTIFICATION FOR MEDICAID-MEDICARE SUPPORT

This structured treatment approach represents a highly coordinated, specialist-driven model that ensures every aspect of the Plaintiff's medical challenges is addressed. By

integrating traditional medicine with regenerative and alternative therapies, this plan provides a scientifically sound, patient-centered approach that not only improves quality of life but also offers a cost-effective solution for Medicaid-Medicare in the long term.

This case serves as an opportunity to document and refine best practices for treating complex, multi-systemic medical conditions while ensuring that exceptional cases receive the care they need, rather than being forced into a failing one-size-fits-all model.

If Medicaid and Medicare are not required to support this exceptional request, taxpayer funds will continue to be exorbitant and wasteful, as the standard care model has proven to be insufficient for the Plaintiff's unique medical makeup and challenges. By approving this request, Medicaid and Medicare can reduce long-term costs, avoid preventable emergency visits and hospitalizations, and ensure that public funds are allocated toward effective and meaningful treatments rather than perpetuating a cycle of inadequate care.

Additionally, the Plaintiff respectfully requests that the Court mandate Medicaid and Medicare to exercise flexibility in approving all necessary, specialist-recommended treatments, procedures, or therapies that may arise during the course of his ongoing medical evaluations. This will ensure that his healthcare plan remains adaptive and responsive to his evolving medical needs.


As a legally disabled recipient, the Plaintiff should not be required to bear any personal expenses related to his treatments, therapies, medical equipment, travel, or specialist care. The petition requests that the Court explicitly state that all expenses associated with the Plaintiff's healthcare must be fully covered to ensure his well-being and adherence to the recommended medical plan.

Respectfully submitted,

*Todd E. Harris*

Plaintiff, Pro Se

02/18/2025


**Request for Legal Support**

Given the complexity of this case and the Plaintiff's limited financial capacity due to his disability, the Plaintiff requests that the Court assign legal representation if pro bono support cannot be secured through Legal Aid or other nonprofit legal assistance programs. The Plaintiff requires legal counsel to navigate the intricacies of Medicaid-Medicare policy,

advocate for necessary exceptions, and ensure the strongest possible legal positioning for this case. The Court's recognition of the need for legal assistance will further support the Plaintiff's ability to secure the healthcare accommodations required for his survival and well-being.

---

## VII. UPDATE

**Update:**

The following appointments towards resolving issues have either occurred or already scheduled, so as not to delay progress by waiting on the outcome of the court case. Medicaid and Medicare typically already covers these.

- Renal Artery Stenosis Ultrasound (Doppler): Exam Occurred late February; determined there was no arterial blockage in renal arteries'.

- Pulmonary Specialist Evaluation: 1st visit occurred end of February, follow up visit in April; discovered bacteria from mucus sample – prescribed medication. Also prescribed nasal mist and inhaler for excess mucus

- Ear, Nose & Throat Specialist: Scheduled for March 6, 2025; will evaluate and recommend treatment for excess mucus clearing and breathing,

- Gastroenterologist Exam: Scheduled for April, will evaluate issues with my digestion, malabsorption

---

## VIII. NOTES-ATTACHMENTS

The following notes and attachments are in support of Appendix D, and the overall petition.

**Documents:**

**Atrium Health ER Visit – 01-13-25**

This document from the Plaintiff's visit provides evidence of the dangerously high blood pressure levels he has been experiencing

## Oak Street Health Visit – 02-11-25

Note the diagnosis focuses on more dialysis rather than mucus overload, which was explained to the doctor by the plaintiff, yet practitioners are so trained to think a certain way, they miss the true nature of the breathing issue. Dialysis is a partial solution, yet it will not resolve the breathing problem, as it is the heavy mucus that is the culprit, and instead of immediately writing an order to see a respiratory-pulmonary specialist as requested by the plaintiff, instead the doctor ordered another x-ray, which had already been completed at the ER one week before. Delaying the Plaintiff's access to a respiratory specialist prolongs his suffering, as his severe breathing issues remain unresolved.

## Oak Street Health Renal Artery Stenosis Order (test)

Could determine if a stent is needed to address an arterial blockages, improve blood flow.

## Oak Street Health Home Dialysis Recommendation

Doctor Levita Robinson's recommendation for home dialysis for plaintiff.

## Atrium Health ER Visit – 02-06-25

Another misdiagnosis opportunity  to properly address heavy mucus overload. Plaintiff continues to suffer as a result of focus on more dialysis as the solution, which provides some temporary relief, yet will not resolve the larger issue of blocked-clogged airways, which clearing mucus will resolve.

## In-center Dialysis Labs – Jan 25

Monthly labs